# Law Offices of
# Daniel A. Hochheiser

760 White Plains Road, Suite 101
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 28, 2017

Via ECF
Hon. Edgardo Ramos
United States District Judge
40 Foley Square
New York, NY 10007

Re:   USA v. Kristin Davis, 14 cr 00002 (ER)
      Application for (1) permission to travel and (2) to authorize the Department of
      Probation to approve future travel requests without judicial intervention

Your Honor:

   As counsel, I represent Kristin Davis. My client is currently on post-release supervision pursuant to the sentence imposed by Your Honor on or about October 10, 2014.

   Davis seeks Your Honor's permission to travel from JFK Airport to Santo Domingo, Dominican Republic on July 9, 2017, to stay in the Dominican Republic until July 14, 2017 for a follow-up medical appointment, and then to return home from Santo Domingo on July 14, 2017 to JFK Airport and then home to New York City. Probation Officer Sandra Osman has approved this specific request.

   Additionally, Davis requests that Your Honor authorize the Department of Probation to approve her future travel requests without the need for future applications to the Court. The Department of Probation consents to this application. Given the Probation Office's position as to the July trip, the Government does not object to the specific travel request made herein. As to the request to authorize Probation to approve future travel, the Government defers to the Department of Probation.

Respectfully submitted,

Daniel A. Hochheiser

Cc:   Sandra_Osman@nysp.uscourts.gov; Daniel.Richenthal@usdoj.gov;
      Kristy.Greenberg@usdoj.gov